UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------x
DWIGHT EDWARDS,

                Plaintiff,                          MEMORANDUM AND ORDER
                                                          13 CV 2501 (ILG)

    -against-

CITY OF NEW YORK,

                Respondent.
----------------------------------------------x
GLASSER, United States District Judge:

    In an undated letter to the Court that begins with "identifying extraordinary circumstances of extreme and undue hardship that would merit Mediation or a new action," and continues with "My purpose is for a consideration to start a new action and a favorable outcome . . . ."

    This case, commenced in April 2013, alleged that the plaintiff was assaulted by members of the New York City Police Department and suffered serious injuries for which he sought damages. On April 21, 2014, a Stipulation and Order of Dismissal was "So Ordered" by this Court, Dkt. #33. Approximately one year later, a letter dated May 19, 2015 was received from Mr. Edwards which the Court construed as a motion made pursuant to Rule 60(b) Fed. R. Civ. P. Dkt. #34-35. The City of New York responded as directed, by letter dated June 22, 2015. Dkt. #38. In a Memorandum and Order dated July 30, 2015, plaintiff's motion was denied. Dkt. #39. Familiarity with those docket entries is assumed.

    A characterization of this request to "start a new action" as based upon some authority, statutory or otherwise, is not known by the Court. It, as was his previous letter of May 26, is a festering unhappiness with a settlement he knowingly and

voluntarily reached with the defendants, and a General Release he issued incident to that settlement. The finality of this litigation cannot be resuscitated.

This "request" is denied. The Clerk of Court is directed to mark this case Closed.

SO ORDERED.

Dated: Brooklyn, New York
November 23, 2015

/s/ I. Leo Glasser
I. Leo Glasser

Filed on ECF and copy mailed to:

Dwight Edwards
Box 422022
Kissimmee, FL. 34142